UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARY ANN DUDZINSKI<br>　　Plaintiff | )<br>)<br>) CIVIL ACTION NO.<br>)<br>)<br>)<br>) FEBRUARY 7, 2022 |
| VS. | |
| KOHL'S, INC.<br>　　Defendant | |

## NOTICE OF REMOVAL

TO: THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

　　1.　An action was commenced against Kohl's, Inc. in the Superior Court, Judicial District of Ansonia-Milford at Milford entitled <u>Mary Ann Dudzinski v. Kohl's Inc. dba Kohl's Department Stores, Inc.</u>, Docket No. AAN-CV22-6045960-S.

　　2.　The Summons and Complaint were received by the defendant on January 14, 2022.

　　3.　In the Summons, the plaintiff states that she is a resident of Milford, Connecticut.

　　4.　Defendant Kohl's, Inc. is a Delaware Corporation and has a principal place of business in Menomonee Falls, Wisconsin.

5. In her Complaint, the plaintiff alleges in this personal injury action that she suffered the following personal injuries: left femur/hip fracture resulting in open reduction internal fixation; left femur/hip acute embolism and thrombosis; left knee injury; left ankle injury; injury to the left toes; bruising/contusions to the left leg/hip; mental pain and anguish. The plaintiff alleges that all of said injuries have caused her severe pain and suffering, and shock to the nervous system and that some or all of said injuries, or the effects thereof, may be permanent and lasting in nature. Plaintiff also alleges that she has incurred expenses related to her medical care for said injuries and is expected to incur expenses in the future related to her medical care for said injuries. In addition, the plaintiff claims she suffered a loss of wages, loss of earning capacity and has been deprived of the full enjoyment of the activities of daily living and may so be deprived in the future.

Based upon the allegations of the Complaint, it is apparent that the amount in controversy is in excess of SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00), exclusive of interest and costs.

6. This case is removable pursuant to Title 28, U.S.C. Statute 1441(a) since there is diversity of citizenship between the plaintiff and the defendant and the amount

of controversy exceeds SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00), exclusive of interest and costs.

7. The Writ, Summons and Complaint appended hereto are the only process, pleadings and orders served upon the defendant to date.

WHEREFORE, the defendant respectfully requests that the action made returnable to the Superior Court for the Judicial District of Ansonia-Milford at Milford be removed therefrom to this Court.

THE DEFENDANT,<br>
KOHL'S INC.<br><br>
BY _____<br>
BARRY P. BELETSKY<br>
LAW OFFICE OF BARRY P. BELETSKY, LLC<br>
DBA RICCIO & BELETSKY<br>
500 EAST MAIN STREET, SUITE 324<br>
BRANFORD, CT 06405<br>
TEL: 203-469-8080<br>
FAX: 203-433-4781<br>
JURIS: 417172<br>
FED BAR #: ct05313<br>
Barry@riccio-beletsky.com

## CERTIFICATION

I certify that a copy of the above was or will immediately be mailed or delivered electronically or non-electronically on February 7, 2022 to all counsel and self-represented parties of record and that written consent for electronic delivery was received from all counsel and self-represented parties of record who were or will immediately be electronically served.

Christine M. Yeomans, Esquire
Law Office of Christine M. Yeomans, LLC
4 Research Drive, Suite 402
Shelton, CT 06484
via email to: cmyeomans@yeomanslaw.com

_____
BARRY P. BELETSKY

**SUMMONS - CIVIL**
JD-CV-1 Rev. 2-20
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;
P.B. §§ 3-1 through 3-21, 8-1, 10-13

For information on ADA accommodations, contact a court clerk or go to: www.jud.ct.gov/ADA.

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov



Instructions are on page 2.

- [ ] Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.
- [X] Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.
- [ ] Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**
By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk (Number, street, town and zip code) | Telephone number of clerk | Return Date (Must be a Tuesday) |
|---|---|---|
| 14 West River Street, Milford CT 06460 | (203) 877 - 4293 | 02/08/2022 |

| | | At (City/Town) | Case type code (See list on page 2) |
|---|---|---|---|
| [X] Judicial District | G.A. Number: | Milford, Connecticut | Major: T    Minor: 03 |
| [ ] Housing Session | | | |

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code) | Juris number (if attorney or law firm) |
|---|---|
| Law Office of Christine M. Yeomans, LLC  4 Research Drive Suite 402 Shelton, CT 06484 | 408806 |

| Telephone number | Signature of plaintiff (if self-represented) |
|---|---|
| (203) 929 - 1404 | |

The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book.   [X] Yes  [ ] No

E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book (if agreed): cmyeomans@yeomanslaw.com

| Parties | Name (Last, First, Middle Initial) and address of each party (Number; street; P.O. Box; town; state; zip; country, if not USA) | |
|---|---|---|
| First plaintiff | Name: Dudzinski, Mary Ann<br>Address: 498 North Avenue Milford, CT 06461 | P-01 |
| Additional plaintiff | Name:<br>Address: | P-02 |
| First defendant | Name: Kohl's Inc. dba Kohl's Department Stores, Inc.<br>Address: N56 W17000 Ridgewood Dr. Menomonee Falls, WI 53051  Agent of Service: Corp. Creations Network 6 Landmark Sq. 4th Floor, Stamford, CT | D-01 |
| Additional defendant | Name:<br>Address: | D-02 |
| Additional defendant | Name:<br>Address: | D-03 |
| Additional defendant | Name:<br>Address: | D-04 |

Total number of plaintiffs: 1    Total number of defendants: 1    [ ] Form JD-CV-2 attached for additional parties

**Notice to each defendant**
1. You are being sued. This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney.
The court staff is not allowed to give advice on legal matters.

| Date | Signed (Sign and select proper box) | [X] Commissioner of Superior Court<br>[ ] Clerk | Name of person signing<br>Christine M. Yeomans |
|---|---|---|---|
| 1/10/2022 | | | |

**If this summons is signed by a Clerk:**
a. The signing has been done so that the plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law.
c. The court staff is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint.

For Court Use Only
File Date

| I certify I have read and understand the above: | Signed (Self-represented plaintiff) | Date | Docket Number |
|---|---|---|---|

Print Form    Page 1 of 2    Reset Form

A True Copy Attest

RETURN DATE: February 8, 2022     :      SUPERIOR COURT
    :
MARY ANN DUDZINSKI      J.D. OF ANSONIA-MILFORD
    :      AT MILFORD
V.     :
    :
KOHL'S INC.
dba KOHL'S DEPARTMENT STORES :      JANUARY 10, 2022

## COMPLAINT

1. At all times mentioned herein, the plaintiff, Mary Ann Dudzinski was and is a resident of Milford, Connecticut.

2. At all times mentioned herein, the defendant, Kohl's Inc. dba Kohl's Department Stores, (hereinafter "Kohl's") was a foreign Delaware company registered and licensed to do business in the State of Connecticut.

3. On or about January 16, 2020, the defendant Kohl's owned and operated a store located at 250 Bull Hill Lane Orange, Connecticut.

4. On or about January 16, 2020, the plaintiff, Mary Ann Dudzinski was a business invitee of the defendant's store located at 250 Bull Hill Lane Orange, Connecticut.

5. On said date the plaintiff was a customer in the store owned by the defendant and shopping in the houseware's department. The plaintiff was shopping for a kitchen spatula which was positioned with other kitchen items/gadgets on hooks on a wall display. The plaintiff was attempting to reach the item which was difficult due to its positioning and manner of display thereby causing the plaintiff to step up and attempt

A True Copy

LAW OFFICE OF CHRISTINE M. YEOMANS LLC
4 RESEARCH DRIVE, SUITE 402
SHELTON, CT 06484
TELEPHONE (203) 929-1404·FACSIMILE (203) 929-3169

to unhook the item from the wall display and while doing so suddenly and without warning the plaintiff fell back onto the floor of the store causing her to sustain serious personal injuries hereinafter set forth.

6. The defendant had no staff to assist customers with retrieving merchandise from the defendant's method of display and there was no one to assist the plaintiff after her fall, she laid on the store floor for some time until another customer called for assistance.

7. Upon information and belief, the defendant, owned, possessed, maintained, managed and/or controlled the store location at 250 Bull Hill Lane Orange, Connecticut.

8. The defendant displayed for purchase the kitchen spatula along with other kitchen items at an unsafe-unmanageable height, thereby preventing its customers including the plaintiff from easily and readily accessing the kitchen spatula/items in a safe manner.

9. Upon further information and belief, there was no warning that customers should not access the kitchen spatulas/items. And no assistance was offered or available.

10. The plaintiff's injuries and damages were proximately caused by the carelessness and negligence of the defendant, its agents, servants and/or employees, in one or more of the following ways:

a) In that it knew, or with reasonable inspection should have known of the defective, dangerous and hazardous condition of the display of the kitchen spatulas/items and the risk it posed to the plaintiff;

b) In that it created the defective, dangerous and hazardous condition with its design, construction and maintenance the improper display and placement of the kitchen spatulas/items;

c) It failed to warn its customers including the plaintiff of the dangerous, defective and hazardous condition of the display of kitchen spatulas/items;

d) In employing one or more inadequately trained and/or experienced employees to construct/assemble the display;

e) In failing to provide adequate training to one or more of its employees in the proper assembly/construction of a display;

f) In failing to require and follow a safety checklist once a display was assembled and complete to determine whether items displayed are safely accessible to customers;

g) In that it knew or should have known that the kitchen spatulas/items were improperly displayed and their placement inaccessible to customers but continued to display the items for sale to its customers with no proper or safe way of reaching the items;

h) In that it knew customers would need to reach up or step up to retrieve the items and did not concern itself as to whether the display

LAW OFFICE OF CHRISTINE M. YEOMANS LLC
4 RESEARCH DRIVE, SUITE 402
SHELTON, CT 06484
TELEPHONE (203) 929-1404·FACSIMILE (203) 929-3169

LAW OFFICE OF CHRISTINE M. YEOMANS LLC
4 RESEARCH DRIVE, SUITE 402
SHELTON, CT 06484
TELEPHONE (203) 929-1404·FACSIMILE (203) 929-3169

of kitchen spatulas/items for sale to its customers was reasonable, prudent or safe;

i) In that it failed to inspect the display of items to ensure it was properly assembled, accessible and/or safe before allowing its customers access to the display of items for purchase;

j) In creating an unsafe condition for its customers including the plaintiff to retrieve items for purchase by displaying the items at an unreasonable height and location;

k) In that it knew or should have known that be electing to sell the kitchen spatulas/items in the store and displayed in the manner described without conducting its own inspection of the display and accessibility subjected its customers to a foreseeable risk of injury;

l) In failing to amend or alter its policies or procedures in displaying for sale the kitchen spatulas/items despite knowing of the risk of injury its customers were subject to;

m) In allowing its kitchen spatulas/items to be displayed in such a manner that makes them inaccessible for easy reach and safe access by its customers.

n) In failing to warn customers of the dangers of accessing the items;

o) In displaying the items in an unsafe, hazardous and dangerous manner;

    p) In failing to assign associates to assist customers in retrieving items and/or assist customers at its store;

    q) In that it failed to take reasonable measures to insure its customers safety.

11. The defendant knew or should have known that failing to inspect the display of items and accessibility to customers posed an unreasonable risk of harm to its customers.

12. The defendant's practice and methods of display as described above created the reasonable probability that the customers attempting to retrieve the items including the kitchen spatulas mentioned herein would cause its customers to reach and/or step up and injure themselves.

13. The defendant owed plaintiff a further duty not to create or to allow to exist, a dangerous condition, or if such condition existed, to give notice or warning thereof to customers, the plaintiff included, in the Kohl's Department Store.

14. As a direct and proximate result of the carelessness and negligence of the defendant, Kohl's, its agents, servants, and/or employees, the plaintiff Mary Ann Dudzinski suffered the following injuries, some or all of which may be permanent in nature:

    a) Left femur/hip fracture resulting in open reduction internal fixation

    b) Left femur/hip acute embolism and thrombosis

    c) Left knee injury

    d) Left ankle injury

e) Injury to the left toes
f) Bruising/contusions to the left leg/hip
g) mental pain and anguish

15. All of said injuries have caused the plaintiff severe pain and suffering, and shock to the nervous system and some or all of said injuries, or the effects thereof, may be permanent and lasting in nature and the plaintiff fears the future aggravation of her injuries.

16. As a further direct and proximate result of the carelessness and negligence of the defendant Plaintiff has incurred expenses related to her medical care for the injuries sustained in the fall and is expected to incur expenses in the future related to her medical care for the injuries sustained in the fall.

17. As a further direct and proximate result of carelessness and negligence of the defendant, its agents, servants, and/or employees, the plaintiff suffered a loss of wages.

18. As a further direct and proximate result of carelessness and negligence of the defendant, its agents, servants, and/or employees, the plaintiff has been deprived of the full enjoyment of the activities of daily living and may be deprived in the future.

19. As a further direct and proximate result of carelessness and negligence of

the defendant, its agents, servants, and/or employees, the plaintiff has been, and may, from time to time in the future, be unable to perform her job duties, causing a financial loss of earnings and her earning capacity was and may be permanently impaired.

**WHEREFORE, the plaintiff claims:**

1. Monetary Damages; and

2. Such other further relief as the Court may deem appropriate and as in equity may appertain.

DATED AT SHELTON, CONNECTICUT THIS 10TH DAY OF JANUARY 2022.

PLAINTIFF
MARY ANN DUDZINSKI

By _____
Christine M. Yeomans
Juris # 408806

True Copy

LAW OFFICE OF CHRISTINE M. YEOMANS LLC
4 RESEARCH DRIVE, SUITE 402
SHELTON, CT 06484
TELEPHONE (203) 929-1404 · FACSIMILE (203) 929-3169

| | | |
|---|---|---|
| **RETURN DATE: February 8, 2022** | : | **SUPERIOR COURT** |
| | : | |
| **MARY ANN DUDZINSKI** | : | **J.D. OF ANSONIA-MILFORD** |
| | : | **AT MILFORD** |
| **V.** | : | |
| | : | |
| **KOHL'S INC.** | | |
| **dba KOHL'S DEPARTMENT STORES** | : | **JANUARY 10, 2022** |

## STATEMENT OF AMOUNT IN DEMAND

The amount, legal interest or property in demand is in excess of Fifteen Thousand Dollars ($15,000.00) exclusive of costs and interest.

PLAINTIFF

By _____
Christine M. Yeomans
Juris # 408806

True Co

Stat

LAW OFFICE OF CHRISTINE M. YEOMANS LLC
4 RESEARCH DRIVE, SUITE 402
SHELTON, CT 06484
TELEPHONE (203) 929-1404·FACSIMILE (203) 929-3169

*Mary Ann Dudzinski, Plaintiff*
*Vs*
*Kohl's Inc. dba Kohl's Department Stores, Defendant*

STATE OF CONNECTICUT
                SS: SHELTON              JANUARY 14, 2022
COUNTY OF FAIRFIELD

Pursuant to Section 52-593(a) of the Connecticut General Statutes, I, Michael T. Copertino, do hereby depose and say: I am over the age of eighteen (18) years. I am a State Marshal for Fairfield County in the State of Connecticut and am a Civil Officer authorized to serve civil process in this state. <u>On January 13, 2022</u>, the Writ, Summons-Civil, Complaint, Statement of Amount in Demand, in the within action was personally delivered to me for service on the defendant(s) named herein. <u>On January 14, 2022</u> (*within 30 days of said delivery of the Writ, Summons-Civil, Complaint, Statement of Amount in Demand*), I made service on said

Then and there, by virtue hereof, in Stamford, on the 14th day of January, 2022, per direction from the plaintiff's attorney, of the original Writ, Summons-Civil, Complaint, Statement of Amount in Demand, I made service on **Kohl's Inc. dba Kohl's Department Stores, Inc.**, the within named defendant, by leaving a true and attested copy of the original Writ, Summons-Civil, Complaint, Statement of Amount in Demand, with my doings thereon endorsed, <u>with and in the hands of Jamie Kopec, Client Service Coordinator, person authorized to accept service for and on behalf of Corp. Creations Network Inc., at 6 Landmark Sq., 4th Floor, Stamford, CT, its Agent for Service for</u> **Kohl's Inc. dba Kohl's Department Stores, Inc.**, the within named defendant.

The within and foregoing is the original Writ, Summons-Civil, Complaint, Statement of Amount in Demand, with my doings hereon endorsed.

Fees
Service  $   40.00
Travel        37.79
Verified Pages  9.00
<u>Endorsement   2.40</u>
Total   $   89.19

Attest:

*/s/ Michael T. Copertino*
Michael T. Copertino
State Marshal
Fairfield County

Subscribed and sworn to before me, this 14th day of January, 2022

*/s/ Anne M. Copertino*
Anne M. Copertino
Notary Public
My Commission Expires 12/31/2022

**ANNE M. COPERTINO**
*NOTARY PUBLIC*
**MY COMMISSION EXPIRES DEC. 31, 2022**

| | | |
|---|---|---|
| DOCKET NO: AAN-CV22-6045960-S | : | SUPERIOR COURT |
| MARY ANN DUDZINSKI | : | J.D. OF ANSONIA/MILFORD |
| VS. | : | AT MILFORD |
| KOHL'S, INC. | : | FEBRUARY 7, 2022 |

## NOTICE OF REMOVAL

Pursuant to Title 28, U.S.C. Section 1441(a), the defendant in the above-entitled action hereby gives notice that it has removed the above-entitled action to the United States District Court, District of Connecticut.

THE DEFENDANT,
KOHL'S INC.

BY _____
BARRY P. BELETSKY
LAW OFFICE OF BARRY P. BELETSKY, LLC
DBA RICCIO & BELETSKY
500 EAST MAIN STREET, SUITE 324
BRANFORD, CT 06405
TEL: 203-469-8080
FAX: 203-433-4781
JURIS: 417172

## **CERTIFICATION**

I certify that a copy of the above was or will immediately be mailed or delivered electronically or non-electronically on February 7, 2022 to all counsel and self-represented parties of record and that written consent for electronic delivery was received from all counsel and self-represented parties of record who were or will immediately be electronically served.

Christine M. Yeomans, Esquire
Law Office of Christine M. Yeomans, LLC
4 Research Drive, Suite 402
Shelton, CT 06484
via email to: cmyeomans@yeomanslaw.com

BARRY P. BELETSKY

# State of Connecticut Judicial Branch
## Superior Court E-Filing

Attorney/Firm: BELETSKY BARRY P LAW OFFICE OF LLC (417172)   E-Mail: Desiree@riccio-beletsky.com   Logout

Hide Instructions   **You have successfully e-filed!**

**Instructions:** The information about the item you filed is on this confirmation page. You must print a copy of this page for your records. Choose **Print This Page** at the top of the page to print your copy.

Choose **E-File Another Pleading/Motion/Other on this Case** to go back to the **Select a Motion** page to choose another document name and file another document.

Choose **Return to Superior Court E-Filing Menu** to go back to the menu page.

Choose **Return to Case Detail** to look at the documents filed in this case or to file a reclaim in this case.

[Print This Page]

### Confirmation of E-filed Transaction (print this page for your records)

| | |
|---|---|
| Docket Number: | AAN-CV-22-6045960-S |
| Case Name: | DUDZINSKI, MARY ANN v. KOHL'S INC. DBA KOHL'S DEPARTMENT STORES, INC. |
| Type of Transaction: | Pleading/Motion/Other document |
| Date Filed: | Feb-7-2022 |
| Motion/Pleading by: | BELETSKY BARRY P LAW OFFICE OF LLC (417172) |
| Document Filed: | 101.00 NOTICE OF REMOVAL TO FEDERAL DISTRICT COURT |
| Date and Time of Transaction: | Monday, February 7, 2022 4:12:50 PM |

[E-File Another Pleading/Motion/Other document on this Case]   [Return to Civil / Family Menu]   [Return to Case Detail]

Copyright © 2022, State of Connecticut Judicial Branch