UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARY ANN DUDZINSKI<br>    Plaintiff<br><br>VS.<br><br>KOHL'S, INC.<br>    Defendant | )<br>)<br>) CIVIL ACTION NO.<br>)<br>)<br>)<br>) FEBRUARY 7, 2022 |

### DEMAND FOR TRIAL BY JURY

The defendant in the above-entitled action hereby demands a trial by jury.

    THE DEFENDANT,
    KOHL'S INC.

BY_____
    BARRY P. BELETSKY
    LAW OFFICE OF BARRY P. BELETSKY, LLC
    DBA RICCIO & BELETSKY
    500 EAST MAIN STREET, SUITE 324
    BRANFORD, CT 06405
    TEL: 203-469-8080
    FAX: 203-433-4781
    FED BAR #: ct05313
    Barry@riccio-beletsky.com

## CERTIFICATION

I certify that a copy of the above was or will immediately be mailed or delivered electronically or non-electronically on February 7, 2022 to all counsel and self-represented parties of record and that written consent for electronic delivery was received from all counsel and self-represented parties of record who were or will immediately be electronically served.

Christine M. Yeomans, Esquire
Law Office of Christine M. Yeomans, LLC
4 Research Drive, Suite 402
Shelton, CT 06484
via email to: cmyeomans@yeomanslaw.com

_____
BARRY P. BELETSKY